## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 409 - 1 | **DATE** | 5/27/2008 |
| **CASE TITLE** | USA vs. May Watson | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 5/27/2008. Preliminary examination hearing set for 6/3/2008 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|