Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 409 - 1 | DATE | 7/15/2008 |
| CASE TITLE | USA vs. May Watson | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion to dismiss the complaint against defendant May Watson without prejudice [12] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



FILED
2008 JUL 15 PM 5:05
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | IS |
|---|---|---|