

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 409 |
| v. | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| MAY WATSON | ) | |
| | ) | |

### ORDER

The United States having moved the Court to dismiss the Complaint against MAY WATSON without prejudice;

IT IS HEREBY ORDERED THAT: The Complaint against defendant MAY WATSON is hereby DISMISSED, without prejudice.

ENTER:

_____
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

JUL 1 5 2008
DATE